IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREAT LAKES INSURANCE SE,** | : |
| **Plaintiff** | : |
| v. | : 3:21-CV-2066 |
| | : (JUDGE MARIANI) |
| **ROBERT HELME d/b/a** | : |
| **MMR SERVICES, INC.,** | : |
| **Defendant** | : |

## ORDER

AND NOW, THIS __19th__ DAY OF DECEMBER, 2022, upon consideration of Plaintiff Great Lakes Insurance SE's ("Great Lakes") Motion for Entry of Default Judgment (Doc. 9), in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Motion (Doc. 9) is **GRANTED**.

2. Default Judgment is hereby entered in **FAVOR** of Plaintiff Great Lakes Insurance SE and **AGAINST** Defendant Robert Helme d/b/a MMR Services, Inc.

3. Plaintiff Great Lakes has no duty under Policy No. GLSP010678 to defend or to pay defense costs to or on behalf of Robert Helme and/or MMR Services, Inc. with regard to the claims asserted against Robert Helme and MMR Services, Inc. in the Underlying Complaint by Edward and Deborah Koch arising from injuries allegedly sustained on August 16, 2021.

4. Plaintiff Great Lakes has no duty under Policy No. GLSP010678 to indemnify Robert Helme and/or MMR Services, Inc. with regard to the allegations in the Underlying Complaint.

5. Plaintiff Great Lakes has no duty under Policy No. GLSP010678 to pay any monies to or on behalf of Robert Helme and/or MMR Services, Inc. with regard to the Underlying Complaint.

6. The Clerk of Court is directed to **CLOSE** the above-captioned action.

_____
Robert D. Mariani
United States District Judge